THE GRAVES FIRM
ALLEN GRAVES (SB# 204580)
E-mail: allen@gravesfirm.com
ELIZABETH SULLIVAN (SB# 212482)
E-mail: liz@gravesfirm.com
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101
Telephone: (626) 240-0575
Facsimile: (626) 737-7013

Attorney for Plaintiff
Jim Swain

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jim Swain,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Ryder Integrated Logistics, Inc. and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:10-cv-04192-BZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO REMAND** |

Pursuant to 28 USC § 1447(C), the only parties that have appeared in this action, Plaintiff Jim Swain ("Plaintiff") and Defendant Ryder Integrated Logistics, Inc. ("Defendant") – through their respective counsel – hereby jointly stipulate and request that the deadline for a motion to remand the instant case on the basis of any defect other than lack of subject matter jurisdiction be extended by 60 days.

This stipulation is made and entered into by the parties on the following basis:

1. The parties have agreed to mediate this case through a private mediator and to conduct certain discovery in conjunction with that mediation.

2. The requested extension is necessary to coordinate the schedules of both counsel, and allow the parties to draft a stipulation that will control pre-mediation discovery, set forth the date of the mediation, and set such deadlines as are necessary to give effect to the parties' desire to mediate.

3. Neither party previously has requested any continuance of any deadline.

**IT IS HEREBY STIPULATED:**

The parties stipulate and respectfully request the Court order as follows: The deadline for a motion to remand the instant case on the basis of any defect other than lack of subject matter jurisdiction be extended by 60 days.

-1-

JOINT STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: October 14, 2010 | LITTLER MENDELSON<br>MICHELLE HEVERLY<br>KEITH JACOBY |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Keith Jacoby |
| 5 | | Keith Jacoby<br>Attorneys for Defendant |
| 6 | | RYDER INEGRATED<br>LOGISTICS, INC. |
| 7 | | |
| 8 | | |
| 9 | DATED: October 14, 2010 | THE GRAVES FIRM<br>ALLEN GRAVES |
| 10 | | |
| 11 | | By: /s/ Allen Graves |
| 12 | | Allen Graves<br>Attorneys for Plaintiff |
| 13 | | JIM SWAIN |

ORDER

It is so ordered.

DATED: October 21, 2010     By: _____

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA