THE GRAVES FIRM
ALLEN GRAVES (SB# 204580)
E-mail:  allen@gravesfirm.com
ELIZABETH SULLIVAN (SB# 212482)
E-mail:  liz@gravesfirm.com
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101
Telephone: (626) 240-0575
Facsimile: (626) 737-7013

Attorneys for Plaintiff
Jim Swain

Keith A. Jacoby (SB #150233)
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Email: kjacoby@littler.com
Telephone: 310.553-0308
Facsimile: 310.553.5583

Michelle B. Heverly (SB #178660)
Erica H. Kelley (SB # 221702)
LITTLER MENDELSON
50 W. San Fernando Street, 15th Floor
San Jose, CA  95113
Email: mheverly@littler.com
Email: ekelley@littler.com
Telephone:  (408) 998-4150
Facsimile:  (408) 288-5686

Attorneys for Defendant
 Ryder Integrated Logistics, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jim Swain,<br><br>              Plaintiff,<br><br>      v.<br><br>Ryder Integrated Logistics, Inc. and<br>DOES 1 through 10, inclusive,<br><br>              Defendants. | CASE NO. 3:10-cv-04192-CRB<br><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND CASE MANAGEMENT CONFERENCE** |

1    Pursuant to 28 USC §1447(C), the only parties that have appeared in this action,

2    Plaintiff Jim Swain ("Plaintiff") and Defendant Ryder Integrated Logistics, Inc.

3    ("Defendant"), through their respective counsel, hereby jointly stipulate and request that

4    the Court change the date of the Case Management Conference in the above-captioned

5    matter from its current date of July 22, 2011 to October 28, 2011.  The parties further

6    stipulate and request that the new Case Management Conference date be treated as the

7    initial Case Management Conference date for the purpose of calculating the deadline for

8    meetings between counsel, initial disclosures, and reports to the Court pursuant Rule 26.

9    This stipulation is made and entered into by the parties on the following basis:

10   1)    On February 22, 2011, pursuant to the stipulation of the parties, this Court

11   ordered that the parties complete a private mediation no later than July 18, 2011.

12   2)    Pursuant to this Court's Order, the parties scheduled a mediation before

13   JAMS mediator Joel Grossman for June 17, 2011.

14   3)    This Court's order of February 22 also required the parties to exchange

15   specific documents in advance of the mediation.  Among the requirements was that

16   Defendant provide Plaintiff with a random sample of paper time records for members of

17   the putative class.

18   4)    Pursuant to the Court's order of February 22, Plaintiff provided Defendant

19   with a list that specified a random sample of locations and time periods for which paper

20   records would be provided.

21   5)    After gathering approximately 50% of the requested records, Defendant

22   determined that the sample requested by Plaintiff would require the production of

23   approximately 28,000 paper records.

24   6)    To date, Defendant has produced nearly 14,000 pages of documents.

25   7)    The parties have agreed that a smaller sample should be used, and Plaintiff

26   has provided Defendant with a modified sample request.  Defendant is currently in the

27   process of reviewing that modified request.

28

-1-

8)      As a result of the sheer number of documents that have been produced and the need to further modify the sample, the current mediation date of June 17, 2011 will not provide sufficient time for Defendant to produce the remaining documents and allow the parties to evaluate the data and prepare their positions before mediation.

9)      The parties contacted the mediator, Joel Grossman, and based on his schedule and the schedule of the parties, the first available date to continue the mediation is September 7, 2011, which the parties have already confirmed with Mr. Grossman.

10)      Defendant represents that as of this date, Defendant has not made any payments pursuant to California Labor Code §226.7.  On that basis, Plaintiff will withdraw his Special Interrogatories 7 and 8.

11)      Defendant has been diligently gathering and reviewing documents that were requested by Plaintiff in an attempt to meet the current deadlines, but given the number of documents involved, the current mediation date of June 17, 2011 is simply impossible to meet.

**IT IS HEREBY STIPULATED:**

The parties stipulate and respectfully request the Court order as follows:  the Case Management Conference in the above-captioned matter is hereby changed from its current date of July 22, 2011 to October 28, 2011.  That the new Case Management Conference date shall be treated as the initial Case Management Conference date for the purpose of calculating the deadline for meetings between counsel, initial disclosures, and reports to the Court pursuant Rule 26.  The parties shall complete mediation before the new case management conference date.  The parties shall continue to exchange pre-mediation discovery as described in the February 22, 2011 order .

DATED:  June 2, 2011                          LITTLER MENDELSON
                                              MICHELLE HEVERLY
                                              KEITH JACOBY


                                              By: */s/ Keith A/ Jacoby*
                                              Keith A. Jacoby
                                              Attorneys for Defendant
                                              RYDER INTEGRATED LOGISTICS,
                                              INC.



DATED:  June 2, 2011                          THE GRAVES FIRM
                                              ALLEN GRAVES


                                              By: */s/ Allen Graves*
                                              Allen Graves
                                              Attorneys for Plaintiff
                                              JIM SWAIN

<u>**ORDER**</u>

It is so ordered.

DATED:___ June 3, 2011 _____          By:_____
                                           Hon. Charles

IT IS SO ORDERED

Judge Charles R. Breyer

Firmwide:102014933.1 029826.2060

JOINT STIPULATION AND [PROPOSED] ORDER