THE GRAVES FIRM
ALLEN GRAVES (SB# 204580)
E-mail: allen@gravesfirm.com
ELIZABETH SULLIVAN (SB# 212482)
E-mail: liz@gravesfirm.com
790 E. Colorado Blvd., 9th Floor
Pasadena, CA 91101
Telephone: (626) 240-0575
Facsimile: (626) 737-7013

Attorney for Plaintiff
Jim Swain

Keith A. Jacoby (SB #150233)
Michelle B. Heverly (SB #178660)
LITTLER MENDELSON
50 W. San Fernando Street, 15th Floor
San Jose, CA 95113
kjacoby@littler.com
mheverly@littler.com
(408) 998-4150

Attorneys for Defendant
Ryder Integrated Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jim Swain, | CASE NO. 3:10-cv-04192-CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Ryder Integrated Logistics, Inc. and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  The only parties that have appeared in this action, Plaintiff Jim Swain ("Plaintiff")
2  and Defendant Ryder Integrated Logistics, Inc. ("Defendant") (collectively, the "Parties"),
3  through their respective counsel, hereby jointly stipulate and request that the Case
4  Management Conference in the above-captioned matter, currently scheduled for
5  October 28, 2011 at 8:30 a.m. be moved to December 16, 2011 at 8:30 a.m.
6  Good cause for this stipulated request is as follows:
7  1) On September 7, 2011, the Parties mediated before JAMS mediator Joel
8  Grossman.
9  2) Although the parties made substantial progress, the September 7, 2011
10 mediation did not result in a settlement.
11 3) The Parties anticipate that a further session of mediation may resolve the
12 underlying dispute.
13 4) The Parties have scheduled a further session of mediation before Mr.
14 Grossman on November 2, 2011.
15 5) Continuing the Case Management Conference until after mediation has
16 occurred would serve the interests of economy and efficiency.
17 6) The parties have agreed to the following discovery protocol in advance of
18 the mediation:
19     a. Defendant has provided Plaintiff with a list, in excel format, of the
20        locations and dates for which On Board Computer ("OBC") data is
21        available.
22     b. No later than October 17, Plaintiff will identify a selection of no
23        more than 100 previously produced time records for which Plaintiff
24        requests OBC data.
25     c. No later than October 21, Defendant will provide in either Excel or
26        hard-copy format the requested OBC records.
27
28

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1      d. No later than October 21, Defendant shall provide Plaintiff any data or documents that were not previously produced and that Defendant plans to use at the November fourth mediation.

    e. Neither Plaintiff nor Defendant will attempt to collect written statements or declarations from any Class Member prior November 2, 2011. After November 2, 2011, both Plaintiff and Defendant agree not to attempt to collect written statements or declarations from Class Members until 30 days after notifying opposing counsel that the party is terminating settlement negotiations.

IT IS HEREBY STIPULATED:

    The Parties stipulate and respectfully request the Court order as follows: the Case Management Conference in the above-captioned matter is hereby changed from its current date of October 28, 2011 to December 16, 2011. That the new Case Management Conference date shall be treated as the initial Case Management Conference date for the purpose of calculating the deadline for meetings between counsel, initial disclosures, and reports to the Court pursuant Rule 26. The Parties shall follow the discovery protocol as described herein.

DATED: October 13, 2011      LITTLER MENDELSON
                                        KEITH JACOBY
                                        MICHELLE HEVERLY

                                        By: /s/ Michele Heverly
                                             Michele Heverly
                                             Attorneys for Defendant
                                             RYDER INTEGRATED LOGISTICS, INC.

1  DATED:  October 13, 2011              THE GRAVES FIRM
2                                         ALLEN GRAVES
                                          ELIZABETH SULLIVAN
3
4                                         By: /s/ Allen Graves
5                                             Allen Graves
                                              Attorneys for Plaintiff
6                                             JIM SWAIN
7
8
                                         **ORDER**
9
10 IT IS SO ORDERED.
11
12 DATED:  October 17, 2011           By:_____
                                         Hon. Charles R. Breyer
13

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

-3-