MICHELLE B. HEVERLY, Bar No. 178660
mheverly@littler.com
ERICA H. KELLEY, Bar No. 221702
ekelley@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIM SWAIN,<br><br>    Plaintiff,<br><br>  v.<br><br>RYDER INTEGRATED LOGISTICS, INC. AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendant. | Case No. 3:10-cv-04192-CRB<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL OF RECORD FOR DEFENDANT AND [PROPOSED] ORDER RELIEVING LITTLER MENDELSON AS COUNSEL OF RECORD FOR DEFENDANT** |

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

NOTICE OF WITHDRAWAL OF CO-COUNSEL OF RECORD
FOR DEFENDANT AND [PROPOSED] ORDER RELIEVING
LITTLER MENDELSON AS COUNSEL OF RECORD FOR
DEFENDANT

Case No. 3:10-cv-04192 CRB

TO THE COURT, PLAINTIFF AND HIS RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT LITTLER MENDELSON, a Professional Corporation, hereby withdraws as co-counsel of record for Defendant RYDER INTEGRATED LOGISTICS, INC. Defendant Ryder continues to be represented by Morgan, Lewis & Bockius, LLC, in the above entitled action.

Dated: October 27, 2011

/s/ *Michelle B. Heverly*
MICHELLE B. HEVERLY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

**ORDER**

IT IS SO ORDERED. Littler Mendelson is hereby relieved as counsel of record for Defendant RYDER INTEGRATED LOGISTICS, INC. in this matter.

Date: __Oct. 28, 2011_____

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:104840276.1 029826.2060

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

NOTICE OF WITHDRAWAL OF CO-COUNSEL OF RECORD FOR DEFENDANT AND [PROPOSED] ORDER RELIEVING LITTLER MENDELSON AS COUNSEL OF RECORD FOR DEFENDANT

1.

Case No. 3:10-cv-04192 CRB